IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | : | No. 4:15-cv-01739 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| CHAD W. PRESTON AND CHRISTINA N. JAMES, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of November 2015, **IT IS HEREBY ORDERED** that:

1.    Plaintiff's Motion to Remand, ECF No. 3, is GRANTED;

2.    Plaintiff is awarded attorney's fees totaling $787.50 incidental to this remand motion; and

3.    The Clerk is directed to close this case and to mail a certified copy of this Order to the Court of Common Pleas of Tioga County, Pennsylvania, pursuant to 28 U.S.C. § 1447(c). That court may thereupon proceed with this case.

2

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

2